156 So.2d 607

**DAVIS–DELCAMBRE MOTORS, INC.**

**v.**

**Martin SIMON.**

**No. 46923.**

Oct. 10, 1963.

Court of Appeal, Third Circuit. 154 So. 2d 775.

It· is ordered that the writ of review ·issue; that the Court of Appeal send up the

record in duplicate of the case; and that counsel for plaintiff and defendant be notified.